IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THEODORE SCOTT | : | |
| Plaintiff | : | |
| v | : | Civil Action No. JFM-07-66 |
| COMMISSIONER SOCIAL SECURITY | : | |
| Defendant | : | |

o0o

**MEMORANDUM**

The above-captioned complaint, filed on January 8, 2007, seeks restoration of social security disability benefits plaintiff alleges were not paid to him during his term of incarceration. Paper No. 1. For the reasons that follow, the complaint must be dismissed.

Under 5 U.S.C. § 8148 persons who are otherwise entitled to social security benefits may not receive those benefits while they are confined in a jail, prison, or other penal institution or correctional facility. Moreover, there is no entitlement to receive any benefits forfeited during a period of incarceration. Plaintiff's claim is legally frivolous. A complaint that is totally implausible or legally frivolous may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999) *cert. denied*, 528 U.S. 1198 (2000); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative). Accordingly, the complaint will be dismissed by separate order which follows.

February 6, 2007　　　　　　　　　　　　　　/s/
Date　　　　　　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　　　　　　　　United States District Judge